**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOEL ROSENFELD, derivatively on behalf of EDGIO, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WALTER D. AMARAL, DOUG BEWSHER, SCOTT A. GENEREUX, PATRICIA PARRA HADDEN, DIANNE LEDINGHAM, ROBERT LYONS, DAVID C. PETERSCHMIDT, REED B. RAYMAN, and E-FEI WANG<br><br>Defendants,<br><br>and<br><br>EDGIO, INC.,<br><br>Nominal Defendant. | C.A. No.: 1:23-CV-06323-ENV-JAM |
| PATRICK ROONEY, derivatively on behalf of EDGIO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER D. AMARAL, DOUG BEWSHER, DANIEL BONCEL, STEPHEN CUMMING, SCOTT A. GENEREUX, PATRICIA PARRA HADDEN, DIANNE LEDINGHAM, ROBERT LYONS, DAVID C. PETERSCHMIDT, REED B. RAYMAN, and E-FEI WANG<br><br>Defendants,<br><br>and<br><br>EDGIO, INC.,<br><br>Nominal Defendant. | C.A. No.: 1:23-cv-08570-LDH-SJB |

| | |
|---|---|
| LEWIS BAKER, derivatively on behalf of Nominal Defendant EDGIO, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER AMARAL, DOUG BEWSHER, SCOTT GENEREUX, PATRICIA PARRA HADDEN, DIANNE LEDINGHAM, ROBERT LYONS, DAVID PETERSCHMIDT, REED B. RAYMAN, E-FEI WANG, JEFFREY FISHER, MARC DEBEVOISE, STEPHEN CUMMING, and DANIEL BONCEL,<br><br>Defendants,<br><br>and<br><br>EDGIO, INC.,<br><br>Nominal Defendant. | C.A. No.: 1:24-cv-00408-NCM-JRC |

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS**

WHEREAS, on August 23, 2023, plaintiff Joel Rosenfeld filed a shareholder derivative action on behalf of nominal defendant Edgio, Inc. ("Edgio" or the "Company") in this Court alleging causes of action for violations of Section 14(a) (the "Exchange Act"), aiding and abetting, and breach of fiduciary duty, and for contribution under Section 21D of the Exchange Act, against defendants Walter D. Amaral, Doug Bewsher, Scott A. Genereux, Patricia Parra Hadden, Dianne Ledingham, Robert Lyons, David C. Peterschmidt, Reed B. Rayman, and E-Fei Wang, captioned *Rosenfeld v. Amaral, et al.*, C.A. No. 1:23-cv-06323-ENV-JAM (the "*Rosenfeld* Action");

WHEREAS, on November 17, 2023, plaintiff Patrick Rooney filed a shareholder derivative action on behalf of nominal defendant Edgio alleging causes of action for violations of Sections 14(a), 10(b), and 21D of the Exchange Act, breach of fiduciary duty, unjust enrichment, abuse of

control, gross mismanagement, and waste of corporate assets against the defendants named in the *Rosenfeld* Action, as well as defendants Daniel Boncel and Stephen Cumming, captioned *Rooney v. Amaral, et al.*, C.A. No. 1:23-cv-08570-LDH-SJB (the "*Rooney* Action");

WHEREAS, on January 19, 2024, plaintiff Lewis Baker (together with plaintiffs Joel Rosenfeld and Patrick Rooney, "Plaintiffs"), filed a shareholder derivative action on behalf of nominal defendant Edgio alleging causes of action for violations of Section 10(b) of the Exchange Act, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets against the defendants named in the *Rosenfeld* Action and *Rooney* Action, as well as defendants Jeffrey Fisher and Marc DeBevoise (collectively, the "Individual Defendants," together with the Company, the "Defendants," and together with Plaintiffs, the "Parties"), captioned *Baker v. Amaral, et al*, C.A. No. 1:24-cv-00408-NCM-JRC (the "*Baker* Action," and together with the *Rosenfeld* Action and *Rooney* Action, the "Related Derivative Actions");

WHEREAS, on November 15, 2023, the parties in the *Rosenfeld* Action filed a stipulation to stay pending resolution of any motions to dismiss filed in the related class action captioned *Esfandiari v. Edgio, Inc. et al.*, No. 2:23-cv-00691 (D. Ariz.);

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct and involve overlapping questions of law and fact, and that the administration of justice would best be served by consolidating the Related Derivative Actions;

WHEREAS, the Parties therefore respectfully submit that the Related Derivative Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that Weiss Law & The Brown Law Firm, P.C., the

respective resumes of which are attached hereto as Exhibits A and B, respectively, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated derivative action; and

WHEREAS, the Defendants take no position regarding appointment of Co-Lead Counsel;

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. Defendants hereby accept the complaints filed in the Rooney and Baker Actions to the extent they have not already been served. Such acceptance of service and entry into this stipulation shall not waive, and Defendants expressly preserve, all rights, claims and defenses (including but not limited to, all defenses relating to jurisdiction), except for service of the complaints and sufficiency of process.

2. The Stay Order entered in the *Rosenfeld* Action is temporarily lifted for the limited purpose of the filing of this Stipulation and for the Court's ruling on this Stipulation;

3. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 1:23-cv-06323 (the "Consolidated Action"):

| **Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Rosenfeld v. Amaral, et al.* | 1:23-cv-06323- ENV-JAM | August 23, 2023 |
| *Rooney v. Amaral, et al.* | 1:23-cv-08570-LDH-SJB | November 17, 2023 |
| *Baker v. Amaral, et al.* | 1:24-cv-00408-NCM-JRC | January 19, 2024 |

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EDGIO, INC. DERIVATIVE LITIGATION | Case No. 1:23-cv-06323<br>(Consolidated) |

5. All papers filed in connection with the Consolidated Action will be maintained in one file under C.A. No. 1:23-cv-06323.

6. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**WEISS LAW**
David C. Katz
Mark D. Smilow
Joshua M. Rubin
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
E-mail: dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

7. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

9. Counsel for all Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

10. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In re Edgio, Inc. Derivative Litigation*, Lead Case No. 1:23-cv-06323, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In re Edgio, Inc. Derivative Litigation*, Lead Case No. 1:23-cv-06323, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Edgio, Inc. filed in this Court.

11. The Stay Order entered in the *Rosenfeld* Action shall apply to the Consolidated Action. No later than thirty (30) days after final resolution of the Motion to Dismiss in the Securities Litigation (as those terms are defined in the Stay Order entered in the *Rosenfeld* Action), the Parties hereto shall confer and file a status report with the Court proposing a schedule for further proceedings, including whether Plaintiffs intend to file an amended complaint. Until such

a schedule has been ordered by the Court, Defendants are under no obligation to respond to any complaint filed in the Related Derivative Actions or the Consolidated Action.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: February 12, 2024

**THE BROWN LAW FIRM, P.C.**
*/s/Timothy Brown*
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: February 12, 2024

**WEISS LAW**
*/s/David C. Katz*
David C. Katz
Mark D. Smilow
Joshua M. Rubin
305 Broadway, 7th Floor
New York, New York 10007
Telephone: (212) 682-3025
Facsimile: (212) 682-3010
E-mail: dkatz@weisslawllp.com
msmilow@weisslawllp.com
jrubin@weisslawllp.com

*[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: February 12, 2024

**RIGRODSKY LAW, P.A.**
/s/Timothy J. MacFall
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

*Counsel for Plaintiff Lewis Baker*

Dated: February 12, 2024

**MILBANK LLP**
/s/Jed M. Schwartz
George S. Canellos
Jed M. Schwartz
Nicole D. Valente
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Email: gcanellos@milbank.com
jschwartz@milbank.com
nvalente@milbank.com

*Counsel for Defendants*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 2/21/24

/s/ Eric N. Vitaliano
**Eric N. Vitaliano**
**United States District Judge**